POMERANTZ LLP
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for Jennifer Yeager*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY BELTRAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SOS LIMITED, YANDAI WANG, and ERIC H. YAN, <br><br> Defendants. | Case No. 1:21-cv-07454-RBK-MJS <br><br> NOTICE OF NON-OPPOSITION OF JENNIFER YEAGER TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

On June 1, 2021 Jennifer Yeager ("Yeager") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Yeager as Lead Plaintiff on behalf of a class consisting of all persons and entities other than the above-captioned defendants that purchased or

otherwise acquired SOS Limited American Depositary Receipts between July 22, 2020 and February 25, 2021, both dates inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class. Dkt. No. 9.

Having reviewed the competing motions before the Court, Yeager does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on Yeager's membership in the proposed Class or her right to share in any recovery secured on behalf of the Class.

Dated:  June 22, 2021

Respectfully submitted,

POMERANTZ LLP

*/s/ Thomas H. Przybylowski*
Thomas H. Przybylowski
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Yeager*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC

Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Yeager*

3