Karen M. Lerner
KIRBY McINERNEY LLP
250 Park Avenue, Suite 820
New York, N.Y. 10177
Tel: (212) 371-6600
klerner@kmllp.com

*Counsel for Ila Teska and Hasan Ortikbaev*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY BELTRAN, Individually and On Behalf of All Other Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SOS LIMITED, YANDAI WANG, and ERIC H. YAN, <br><br> Defendants. | Case No.: 1:21-cv-07454-RBK-MJS <br><br> <u>CLASS ACTION</u> <br><br> Hon. Robert B. Kugler |

## NOTICE OF NON-OPPOSITION OF ILA TESKA AND HASAN ORTIKBAEV TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

On June 1, 2021, Ila Teska and Hasan Ortikbaev ("Teska and Ortikbaev") filed a timely motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for the entry of an Order: (1) appointing Teska and Ortikbaev as Lead Plaintiffs on behalf of a class consisting of all persons other than the above-captioned defendants who purchased or otherwise acquired SOS Limited American Depository Shares between July 22, 2020 and February 25, 2021, both dates inclusive; and (2) approving Teska and Ortikbaev's selection of Lead Counsel for the Class. *See* ECF No. 7.

Five competing motions were filed by other putative class members in this action. Having reviewed the competing lead plaintiff motions, Teska and Ortikbaev do not appear to have the largest financial interest as it appears that movant Shawn Ho possesses a "large[r] financial interest in the relief sought by the class" during the class period as required by the PSLRA and is therefore the presumptive lead plaintiff. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii). Accordingly, Teska and Ortikbaev do not oppose the competing lead plaintiff motion of Mr. Ho. *See* ECF No. 6.

Teska and Ortikbaev's non-opposition shall have no effect on, and is without prejudice to, Teska and Ortikbaev's rights as members of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise. However, should the

1

Court determine that the other movants with larger financial interests in the outcome of this litigation are unable or otherwise unsuitable to serve as Lead Plaintiff, Teska and Ortikbaev remain willing and able to assume the role of Lead Plaintiffs on behalf of the putative class.

Dated: June 22, 2021

**KIRBY McINERNEY LLP**

/s/ *Karen M. Lerner*
Karen M. Lerner
Ira M. Press (*pro hac vice forthcoming*)
Thomas W. Elrod
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
klerner@kmllp.com
ipress@kmllp.com
telrod@kmllp.com

*Counsel for Ila Teska and Hasan Ortikbaev*

2