# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

KIMBERLY BELTRAN, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

SOS LIMITED, YANDAI WANG, and ERIC H. YAN,

Defendants.

No.: 1:21-cv-07454-RBK-MJS

**STIPULATION AND [PROPOSED] ORDER APPOINTING CO-LEAD PLAINTIFFS AND CO-LEAD COUNSEL**

CLASS ACTION

WHEREAS, this putative securities class action was commenced on March 30, 2021 on behalf of investors that purchased or otherwise acquired publicly traded securities of SOS Limited ("SOS" or the "Company") between July 22, 2020 and February 25, 2021, both dates inclusive;

WHEREAS, that same day, notice of the action was issued pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), advising SOS investors of the June 1, 2021 deadline for those seeking appointment as lead plaintiff;

WHEREAS, on June 1, 2021, six lead plaintiff motions were timely filed by: (1) Shawn Ho (Dkt. No. 6); (2) William Rodgers (Dkt. No. 5); (3) Oleg Sherif (Dkt.

1

No. 4); (4) Ila Teska and Hasan Ortikbaev (Dkt. No. 7); (5) Jennifer Yeager (Dkt. No. 9); and (6) Martin Zacharias and Steven Rangel (Dkt. No. 8);

WHEREAS, the undersigned recognize that Shawn Ho and William Rodgers have a significant interest in any recovery sought and satisfy the relevant requirements of adequacy and typicality under Rule 23 of the Federal Rules of Civil Procedure and, after reviewing each other's submissions, the undersigned believe it is in the putative class' best interest that Shawn Ho and William Rodgers be appointed as Co-Lead Plaintiffs and their selected counsel, Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and The Rosen Law Firm, P.A. ("Rosen Law"), be approved as Co-Lead Counsel, and that Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C be approved as Liaison Counsel;

WHEREAS, Shawn Ho and William Rodgers are committed to supervising the conduct of this litigation by their counsel and to ensuring that counsel coordinate appropriately, prosecute the action efficiently and avoid any duplication of effort in the conduct of the litigation;

WHEREAS, courts have endorsed stipulations among competing lead plaintiff movants with comparable losses, like here, as promoting the statutory purposes of the PSLRA, and have permitted "'independent lead plaintiff movants [to] join together to help ensure that "adequate resources and experience are

2

available to the prospective class in the prosecution of th[e] action" and because "[e]mploying a co-lead plaintiff structure . . . will also provide the proposed class with the substantial benefits of joint decision-making." *In re Rockwell Med., Inc. Sec. Litig.*, No. 1:16-cv-01691-RJS, ECF No. 18 at 2-3 (S.D.N.Y. May 20, 2016) (citing *Pirelli Armstrong Tire Corp. Retiree Med. Benefits Tr. v. LaBranche & Co, Inc.*, 229 F.R.D. 395 (S.D.N.Y. 2004)); *see also*, *Ortiz v. Canopy Growth Corporation, et al.*, No. 2:19-cv-20543-KM-ESK, ECF No. 27 at 2 (D.N.J. Feb. 10, 2020) (approving stipulation of lead plaintiff movants where movants "believe it is in the best interests of the class for the [movants] to serve as Co-Lead Plaintiffs"); *In re Crown Castle Int'l Corp. Sec. Litig.,* No. 2:20-cv-02156-CCC-ESK, ECF. No. 22 (D.N.J. Dec. 7, 2020); *In re Facebook, Inc. Sec. Litig.*, No. 5:18-cv-01725-EJD, ECF No. 56 at 2-3 (N.D. Cal. Aug. 3, 2018) (approving stipulation of lead plaintiff movants where movants "concluded that a protracted dispute concerning lead plaintiff appointment . . .[was] not in the best interests of the class and that jointly prosecuting [the] litigation would be appropriate and assist with the speedy commencement of [the] litigation");

IT IS HEREBY STIPULATED, that subject to the Court's approval, movants Shawn Ho and William Rodgers shall be appointed as Co-Lead Plaintiffs and Hagens Berman and Rosen Law shall be approved as Co-Lead Counsel and Carella,

3

Byrne, Cecchi, Olstein, Brody & Agnello, P.C shall be approved as Liaison Counsel.

**APPOINTMENT OF CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD COUNSEL**

1.     Having considered the provisions of Section 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby determines that movants Shawn Ho and William Rodgers are the most adequate plaintiffs and satisfy the requirements of the PSLRA. The Court hereby appoints Shawn Ho and William Rodgers as Co-Lead Plaintiffs to represent the interests of the class.

2.     Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), Movants have selected Hagens Berman and Rosen Law to serve as Co-Lead Counsel.  The Court approves Hagens Berman and Rosen Law as Co-Lead Counsel. The Court approves Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C be approved as Liaison Counsel.

3.     Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

      a.  to coordinate the briefing and argument of any and all motions;

      b.  to coordinate the conduct of any and all discovery proceedings;

c. to coordinate the examination of any and all witnesses in depositions;

d. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

e. to call meetings of the plaintiffs' counsel as deemed necessary and appropriate from time to time;

f. to coordinate all settlement negotiations with counsel for defendants;

g. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

h. to coordinate the preparation and filings of all pleadings; and

i. to supervise all other matters concerning the prosecution or resolution of the claims asserted in the Action.

4.    No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

5.    Service upon any plaintiff of all pleadings, motions, or other papers in the Action, except those specifically addressed to a plaintiff other than the Co-Lead Plaintiffs, shall be completed upon service of Co-Lead Counsel.

6.    Co-Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokespersons for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Co-Lead Counsel shall be the contact between the Court and plaintiffs and their counsel.

Dated: June 22, 2021                  Respectfully submitted,

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

/s/_____
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com

*Liaison Counsel for Shawn Ho and [Proposed] Liaison Counsel for Lead Plaintiffs and the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

/s/_____

6

Reed R. Kathrein
Lucas Gilmore
Danielle Smith
Wesley A. Wong
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com
wesleyw@hbsslaw.com

*Counsel for Shawn Ho and [Proposed] Co-Lead Counsel for Lead Plaintiffs and the Class*

**THE ROSEN LAW FIRM, P.A.**

/s/
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Movant William Rodgers and [Proposed] Co-Lead Counsel for Lead Plaintiffs the Class*

**LEVI & KORSINSKY, LLP**

/s/
Eduard Korsinsky
55 Broadway, 10th Floor
New York, New York 10006
Tel: (212) 363-7500

7

Fax: (212) 363-7171

*Counsel for Oleg Sherif*

**KIRBY McINERNEY LLP**

/s/
Karen M. Lerner
Ira M. Press
Thomas W. Elrod
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
klerner@kmllp.com
ipress@kmllp.com
telrod@kmllp.com

*Counsel for Ila Teska and Hasan Ortikbaev*

**POMERANTZ LLP**

/s/
Jeremy A. Lieberman
Thomas H. Przybylowski
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Jennifer Yeager*

8

**GLANCY PRONGAY & MURRAY LLP**

/s/_____
Charles H. Linehan
Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Counsel for Martin Zacharias and Steven Rangel*


SO ORDERED:


Dated _____, 2021            _____
                                       Honorable Robert B. Kugler
                                       United States District Judge

9