# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

_____

CHARLES C. CARELLA
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE

**5 BECKER FARM ROAD
ROSELAND, N.J.  07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com**

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
MARC D. MORY

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+MEMBER FL BAR ONLY
**MEMBER NY BAR ONLY
***MEMBER IL BAR ONLY

RAYMOND J. LILLIE
GREGORY G. MAROTTA
KEVIN G. COOPER
MARYSSA P. GEIST
JORDAN M. STEELE**
ZACHARY A. JACOBS***
MICHAEL K. BELOSTOCK
BRIAN F. O'TOOLE**
SEAN M. KILEY

June 29, 2022

**VIA ECF**

Robert B. Kugler, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

       **Re:**   ***Beltran v. SOS Limited, et al.*,
           No. 1:21-cv-07454-RBK-EAP**

Dear Judge Kugler:

This firm, along with Hagens Berman Sobol Shapiro LLP and The Rosen Law Firm, P.A., represent Plaintiffs in this matter.  As this Court is aware, under the guidance of the Hon. Jose L. Linares (ret.), the parties were able to reach a settlement as set forth in our unopposed motion for preliminary approval which is pending before this Court.  (ECF No. 44).

We write to inform the Court that the deadline for oppositions to the motion for preliminary approval has passed and the motion remains unopposed.  We are anxious to send notice to the Class and are hopeful that the Court views the unopposed motion favorably and is inclined to grant it.

Thank you for your continued attention to this matter.  Should the Court have any questions, we are available at your convenience.

Respectfully yours,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY, & AGNELLO

*/s/ James E. Cecchi*
JAMES E. CECCHI