**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KIMBERLY BELTRAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOS LIMITED, YANDAI WANG, and ERIC H. YAN,<br><br>Defendants. | Case No. 1:21-cv-7454-RBK-EAP<br><br>CLASS ACTION<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Robert B. Kugler |

Co-Lead Plaintiffs Shawn Ho and William Rodgers ("Plaintiffs") respectfully submit this notice of non-opposition to their Motion for Entry of Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement ("Preliminary Approval Motion") (ECF No. 44).

The Preliminary Approval Motion seeks the Court's preliminary approval of the parties' proposed class action settlement, which was the result of mediation efforts led by Hon. Jose L. Linares (ret.). If the Court grants preliminary approval, notice of the proposed settlement will be disseminated to members of the settlement class, allowing them to submit claims, file objections, or seek exclusion from the

proposed settlement. The Preliminary Approval Motion also asks that the Court set a date for a settlement fairness hearing to determine whether to grant final approval of the proposed settlement.

Plaintiffs' Preliminary Approval Motion was filed on June 6, 2022 and noticed for the July 5, 2022 Motion Day.  Thus, the deadline to oppose the motion was June 21, 2022. To date, no opposition has been filed.

The Preliminary Approval Motion is therefore unopposed.  As such, Plaintiffs respectfully request that the Court grant the Preliminary Approval Motion and set a final settlement hearing date.[1]

Dated: June 29, 2022                    Respectfully submitted,

/s/ James E. Cecchi
James E. Cecchi
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
(973) 994-1744
jcecchi@carellabyrne.com

---

[1] The settlement hearing date should be at least 120 days from the entry of the order granting the Preliminary Approval Motion, which will allow sufficient time for, among other things, notice of the proposed settlement to be disseminated, settlement class members to submit claims, objections, or exclusions, and for Plaintiffs to file their motion in support of final approval of the proposed settlement.  *See* Proposed Schedule of Events in Plaintiffs' memorandum of law in support of Preliminary Approval Motion (ECF No. 45 at Page ID 862-863).

*Liaison Counsel for Plaintiffs and the Settlement Class*

Laurence M. Rosen
**THE ROSEN LAW FIRM, PA**
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

Yu Shi (admitted *pro hac vice*)
**The ROSEN LAW FIRM, P.A.**
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-38277
yshi@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Settlement Class*

Reed R. Kathrein (admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
reed@hbsslaw.com

*Co-Lead Counsel for Plaintiffs and the Settlement Class*