# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY BELTRAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOS LIMITED, YANDAI WANG, and ERIC H. YAN,<br><br>Defendants. | Civil Action No. 1:21-cv-7454-RBK-EAP<br><br>(Document Filed Electronically)<br><br>**CLASS ACTION**<br><br>Motion Day: November 29, 2022 |

**NOTICE OF MOTION AND MOTION FOR FINAL**
**APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that pursuant to the Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 47), as modified by ECF Text Order on July 26, 2022 (ECF No. 48), on November 29, 2022 at 3:00 p.m., Lead Plaintiffs William Rodgers and Shawn Ho ("Plaintiffs")[1] will move this Court, the Honorable Robert B. Kugler, United States District Judge of the United States District Court for the District of New Jersey, 4th & Cooper Streets, Courtroom 4D, Camden, New Jersey, for entry of an order granting final approval of the proposed class action Settlement, approving the Plan of Allocation for distribution of the Net Settlement Fund, and certifying the Settlement Class for settlement purposes.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law, the Joint Declaration of Laurence Rosen and Reed R. Kathrein and exhibits attached thereto, all filed contemporaneously herewith, the pleadings and records on file in this Action, and such further argument and briefing as may be presented at or before the Settlement Hearing. In the event that there are requests for exclusions or objections received after the date of this filing,[2] Plaintiffs will file an updated proposed final order and judgement with their reply.

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation of Settlement dated May 20, 2022 (the "Stipulation") (ECF No. 43).

[2] The deadline for objections and exclusions is November 8, 2022.

1

Dated: November 1, 2022 　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Laurence M. Rosen*
　　　　　　　　　　　　　　　　　Laurence M. Rosen
　　　　　　　　　　　　　　　　　**THE ROSEN LAW FIRM, PA**
　　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　　Suite 2600
　　　　　　　　　　　　　　　　　Newark, NJ 07102
　　　　　　　　　　　　　　　　　Tel: (973) 313-1887
　　　　　　　　　　　　　　　　　Fax: (973) 833-0399
　　　　　　　　　　　　　　　　　lrosen@rosenlegal.com

　　　　　　　　　　　　　　　　　Yu Shi (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　**The ROSEN LAW FIRM, P.A.**
　　　　　　　　　　　　　　　　　275 Madison Ave, 40th Floor
　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　Tel: (212) 686-1060
　　　　　　　　　　　　　　　　　Fax: (212) 202-38277
　　　　　　　　　　　　　　　　　yshi@rosenlegal.com

　　　　　　　　　　　　　　　　　*Co-Lead Counsel for Co-Lead Plaintiff*
　　　　　　　　　　　　　　　　　*William Rodgers and the Class*

　　　　　　　　　　　　　　　　　Reed R. Kathrein (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　**HAGENS BERMAN SOBOL SHAPIRO LLP**
　　　　　　　　　　　　　　　　　715 Hearst Avenue, Suite 202
　　　　　　　　　　　　　　　　　Berkeley, CA 94710
　　　　　　　　　　　　　　　　　Tel: (510) 725-3000
　　　　　　　　　　　　　　　　　reed@hbsslaw.com

　　　　　　　　　　　　　　　　　*Co-Lead Counsel for Co-Lead Plaintiff*
　　　　　　　　　　　　　　　　　*Shawn Ho and the Class*

James E. Cecchi
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel:  (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com

*Liaison Counsel for Co-Lead Plaintiffs and the Class*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence M. Rosen*
Laurence M. Rosen
