# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KIMBERLY BELTRAN, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:21-cv-7454-RBK-EAP |
| Plaintiff, | (Document Filed Electronically) |
| v. | |
| SOS LIMITED, YANDAI WANG, and ERIC H. YAN, | **CLASS ACTION** |
| Defendants. | |

**DECLARATION OF JAMES E. CECCHI ON BEHALF OF
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
CONCERNING ATTORNEYS' FEES AND EXPENSES**

I, James E. Cecchi, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1.    I am a partner at the law firm Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne"), Court-appointed Liaison Counsel for Lead Plaintiffs William Rodgers and Shawn Ho and the Settlement Class in the Action.[1] I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.    My firm served firm served as Liaison Counsel in the Action.  In this capacity, Carella Byrne, among other things, reviewed and commented on draft pleadings, communicated with Chambers to facilitate the orderly advancement of the case and to ensure that filings complied with the Court's preferences, reviewed and completed Court filings, and ensured that Lead Counsel complied with local rules, customs, and practices.

3.    The chart below is a summary of time expended by the attorneys and professional staff at Carella Byrne on this Action, and the lodestar calculation based on their current billing rate. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. Time spent in preparing the motion and this declaration in support of my firm's application for fees and

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meanings as set forth in the Stipulation of Settlement dated May 20, 2022 (the "Stipulation") (ECF No. 43).

reimbursement of expenses, and any other time related to billing or periodic time reporting, have not been included in this chart:

| Professional (Position)* | Law School Graduation Year | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|---|
| James E. Cecchi (P) | 1989 | $975.00 | 7.00 | $6,825.00 |
| Donald A. Ecklund (P) | 2001 | $750.00 | 2.30 | $1,725.00 |
| Kevin G. Cooper (A) | 2014 | $650.00 | 9.30 | $6,045.00 |
| Laura Tempesta (PL) | N/A | $150.00 | 2.00 | $300.00 |
| **Total** | | | **20.60** | **$14,895.00** |

* Partner (P), Counsel (C), Associate (A), Paralegal (PL)

4.      Since the beginning of this Action, my firm has performed a total of **20.60** professional work hours in the prosecution of this Action. The total lodestar amount for my firm is **$14,895.00**

5.      Carella Byrne expended a total of **$24.50** in un-reimbursed expenses in connection with the prosecution of this Action broken down as follows:

| Category | Amount |
|---|---|
| Online Research and Document Retrieval Fees | $24.50 |
| **Total Expenses** | **$24.50** |

6.      The expenses set forth above are reflected in my firm's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my

firm and are an accurate record of the expenses incurred in the prosecution of this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 1, 2022.

*/s/ James E. Cecchi*
James E. Cecchi