# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KIMBERLY BELTRAN, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:21-cv-7454-RBK-EAP |
| Plaintiff, | |
| v. | |
| SOS LIMITED, YANDAI WANG, and ERIC H. YAN, | **CLASS ACTION** |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING:**
**(A) MAILING OF THE POSTCARD NOTICE; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Margery Craig, declare as follows:

1.     I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over fifteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred twenty-five (525) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.     Pursuant to the Court's Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement, dated July 20, 2022, (Dkt. No. 47, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure a well as the processing of claims in connection with the

Settlement of the above-captioned action.[1]  I submit this declaration as a supplement to my previously filed Declaration of Margery Craig Concerning: (A) CAFA Notice; (B) Mailing of the Postcard Notice; (C) Publication of the Summary Notice; and (D) Report on Requests for Exclusion and Objections, dated November 1, 2022 (Dkt. No. 53-1, the "Initial Mailing Declaration") in order to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.       As reported in the Initial Mailing Declaration, SCS mailed or emailed 1,811 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed an additional 77,724 Postcard Notices to potential Settlement Class Members and nominees. As noted in the Initial Mailing Declaration, SCS was notified by four nominees that they mailed the Postcard Notices to 104 of their customers. Additionally, SCS was notified by a nominee that they emailed 125,855 of their clients to notify them of this settlement and provide the link to the location of the Notice and Claim on the settlement webpage, and SCS also received 1,323 email addresses from Plaintiffs' Counsel to email the link to the location of the Notice and Claim on the settlement webpage.  Since the Initial Mailing Declaration, no additional Postcard Notices have been mailed and no additional emails with a link to the location of the Notice and Claim were sent.  In total, as of the date of this Declaration, 205,006[2] potential Settlement Class Members were either mailed a Postcard Notice or emailed the link to the location of the Notice and Claim on the settlement webpage.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated May 20, 2022 (Dkt. No. 43, the "Stipulation").

[2]  The Initial Mailing Declaration stated that SCS received 28 requests from potential Settlement Class Members for the Notice and Claim to be mailed to them, and SCS immediately mailed the Notice and Claims to those potential Settlement Class Members. Since the Initial Mailing Declaration was filed, SCS

4.      Since the Initial Mailing Declaration was filed, an additional 59 Postcard Notices were returned undeliverable. Of these, the United States Postal Service provided a forwarding address for one, and SCS immediately mailed another Postcard Notice to the updated address. The remaining 58 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 25 were re-mailed to updated addresses.

### UPDATE ON TOLL-FREE TELEPHONE LINE

5.      The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request the Notice and Claim to be mailed to them.  SCS continues to promptly respond to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number.

### UPDATE ON SETTLEMENT WEBPAGE

6.      The Initial Mailing Declaration also noted that on August 1, 2022, SCS established a webpage on its website at www.strategicclaims.net/sos/.  The webpage is accessible 24 hours a day, 7 days a week and contains a current status, the case deadlines, the online claim filing link, and important case documents. SCS will continue to maintain and, as appropriate, update the Settlement webpage with relevant case information.

### UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

7.      The Postcard Notice, Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed or delivered to SCS such that they were received no later than November 8, 2022.  As reported in the Initial Mailing Declaration, SCS received two invalid exclusion requests. Neither

---

has not received any additional request from potential Settlement Class Members for a Notice and Claim to be mailed.

exclusion request provided the information and documentation required under the Preliminary Approval Order and set forth in the Notice. SCS mailed and emailed a notice to these two potential Settlement Class members whose requests required additional information/documentation explaining what further information and documentation was required and provided an opportunity to cure the deficient request. Exhibit B of the Initial Mailing Declaration contains the copies of the invalid exclusion requests. SCS has been monitoring all mail received for this case and, as of the date of this declaration, SCS has not received any response to these notices and no further exclusion requests were received.

8.      According to the Notice and Summary Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or Plaintiffs' Counsel's motion for attorneys' fees and expenses and application for an Award to Lead Plaintiffs must be submitted to Plaintiffs' Counsel and Counsel for Defendants, as well as filed with the Clerk of the Court, no later than November 8, 2022. As of the date of this declaration, SCS has not received any objections and SCS has not been notified that any objections were submitted.

## CLAIMS RECEIVED TO DATE

9.      The deadline for claims submission was November 8, 2022. As of the date of this declaration, SCS has received 5,249 claims. Below is a preliminary estimate of the total recognized losses to date. The numbers below do not include any adjustment as a result of SCS's quality assurance process, which includes the results of the cure/rejection process:

| Type of Claims | Number of claims | Recognized Losses | Damaged Shares |
|---|---|---|---|
| Valid | 2,117 | $3,692,377 | 5,338,612 |
| Deficient Claims with limited proof | 94 | $243,525 | 352,100 |
| Rejected (no losses/gains) | 3,038 | n/a | n/a |
| | 5,249 | $3,935,902 | 5,690,712 |

4

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of November 2022, in Media, Pennsylvania.


Margery Craig