UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: November 29, 2022

**MAGISTRATE JUDGE ELIZABETH A. PASCAL**

**COURT REPORTER:** ANN MARIE MITCHELL

**TITLE OF CASE:**          **DOCKET NO.:** 21-7454 (RBK)(EAP)

KIMBERLY BELTRAN, et al.
v
SOS LIMITED, et al.

**APPEARANCES:**
Reed Kathrein, Esq., Kevin Cooper, Esq., Erica Stone, Esq., for Plaintiffs
Jeffrey Jacobson, Esq., and Sandra Grannum, Esq. for Defendants

**NATURE OF PROCEEDINGS**:   HEARING ON [49] MOTION FOR SETTLEMENT AND
[51] MOTION FOR ATTORNEYS FEES

Ordered motions referred to Magistrate Judge for Report and Recommendation.
Court summarizes findings and recommendation for the record.
Report and Recommendation to issue.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 2:55p.m.    Time Adjourned:  3:25p.m.    Total Time in Court: 0:30