# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| KIMBERLY BELTRAN, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil No. 21-7454 (RBK/EAP) |
| SOS LIMITED, *et al.*, | : **ORDER** |
| Defendants. | : |

**KUGLER**, United States District Judge:

    **THIS MATTER** having come before the Court upon Lead Plaintiffs Shawn Ho and William Rodgers's Motion for Settlement Final Approval of Class Action Settlement (the "Settlement Approval Motion") (ECF No. 49) and Motion for Attorney Fees (ECF No. 51) (together with the Settlement Approval Motion, the "Motions"), and United States Magistrate Judge Elizabeth A. Pascal's Report and Recommendation regarding the Motions (ECF No. 58); and

    **THE COURT NOTING** that it has reviewed and considered Judge Pascal's Report and Recommendation; and

    **THE COURT FURTHER NOTING** that Judge Pascal entered her Report and Recommendation on January 3, 2023; and

    **THE COURT FURTHER NOTING** that fourteen (14) days have expired since Judge Pascal entered her Report and Recommendation, and no one has filed an objection to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2); and

**IT IS HEREBY ORDERED** that the Court **APPROVES** and **ADOPTS** the Report and Recommendation (ECF No. 58); and

**IT IS HEREBY FURTHER ORDERED** that the Court **GRANTS** the Motions (ECF Nos. 49 and 51); and

**IT IS HEREBY FURTHER ORDERED** that the Court **APPROVES** the Plaintiffs' Plan of Allocation; and

**IT IS HEREBY FURTHER ORDERED** that the Court **CERTIFIES** this action as a class action for settlement purposes.

Dated: January 19, 2023            /s/ Robert B. Kugler
                                   ROBERT B. KUGLER
                                   United States District Judge